Dismissed and Memorandum Opinion filed December 15, 2005









Dismissed and Memorandum Opinion filed December 15,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00208-CV

____________

 

INTER-TEL LEASING, INC.,
Appellant

 

V.

 

FIRST MORTGAGE AMERICA, INC., Appellee 

 



 

On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 02-46519

 



 

M E M O R A N D U M  O
P I N I O N

On January 24, 2005, the parties filed a joint motion to reschedule
oral argument because the case had been settled.  The court granted the motion the following
day.  No motion to dismiss the appeal has
been filed.  Nor has any activity
occurred in the case since the court=s ruling on January 25, 2005.








On November 23, 2005, this Court issued an order stating that
unless any party filed a response demonstrating that the court should retain
the case on or before December 5, 2005, the Court would dismiss the appeal for
want of prosecution.  See Tex. R. App. P. 42.3(b).  No response was filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 15, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.